**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DRAGO ANDJELIC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1877-Orl-22JGG**

**MARKEN MARKETING, INC.,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on Plaintiff's Unopposed Motion for the Court to Award Attorney's Fees (Doc. No. 55), and on Plaintiff's Unopposed Motion for the Court to Award Costs (Doc. No. 56).

The United States Magistrate Judge has submitted a report recommending that the Motion to Award Costs be granted, and did not address the Motion to Award Attorney's Fees.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed June 21, 2007 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　Plaintiff's Unopposed Motion for the Court to Award Costs (Doc. No. 56) is **GRANTED**. Plaintiff is awarded costs in the amount of $3,026.30.

      3.      Plaintiff's Unopposed Motion for the Court to Award Attorney's Fees (Doc. No. 55) is **GRANTED**.  Plaintiff is awarded attorney's fees in the amount of $23,210.00.

      **DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 10, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge